## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Jonathan T. Moulton

<u>Debtor</u>

CHAPTER 13

BKY. NO. 18-22757 CMB

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Cenlar FSB as servicer for Franklin American Mortgage Company and index same on the master mailing list.

Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
jwarmbrodt@kmllawgroup.com
Attorney I.D. No. 42524
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
Attorney for Movant/Applicant